1  IVO LABAR (203492)
   labar@kerrwagstaffe.com
2  BRADY R. DEWAR (252776)
   dewar@kerrwagstaffe.com
3  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
4  San Francisco, CA 94105–1727
   Telephone: (415) 371-8500
5  Fax: (415) 371-0500

6  Attorneys for Defendants
   LOGITECH INC. and LIFESIZE, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ROBERT MACKINNON, an individual, | Case No. |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL BY DEFENDANTS LOGITECH INC. AND LIFESIZE, INC.** |
| LOGITECH INC., a California Corporation doing business in California; LIFESIZE, INC., a Delaware Corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
2  DISTRICT OF CALIFORNIA:
3     PLEASE TAKE NOTICE that pursuant to 28 U.S.C. sections 1331, 1367, 1441 and
4  1446, Defendants Logitech Inc. and Lifesize, Inc. ("Defendants") hereby remove to this Court
5  the action described herein.  Defendant respectfully submits the following statement of grounds
6  for removal.
7     1.   On March 30, 2015, a complaint ("Original Complaint") was filed in the Superior
8  Court of the State of California, County of Alameda, entitled *Robert MacKinnon, an individual,*
9  *v. Logitech Inc., a California corporation doing business in California, and Lifesize, Inc., a*
10 *Delaware Corporation, and Does 1-50*, case number RG15764451 ("State Court Action").  The
11 Original Complaint did not contain any federal causes of action.  A copy of the Original
12 Complaint and related papers served on Defendants is attached hereto as Exhibit A.
13    2.   On May 27, 2015, a first amended complaint ("First Amended Complaint") was
14 filed in the State Court Action.  The First Amended Complaint did not contain any federal causes
15 of action.  A copy of the First Amended Complaint served on Defendants is attached hereto as
16 Exhibit B.
17    3.   On November 12, 2015, a second amended complaint ("Second Amended
18 Complaint") was filed in the State Court Action.  The Second Amended Complaint was served
19 on Defendants on November 12, 2015.  In the Second Amended Complaint, Plaintiff Robert
20 MacKinnon alleged against Defendants a cause of action for violation of the Federal Age
21 Discrimination in Employment Act, 29 U.S.C. §§ 621, *et seq.* ("ADEA Claims").  A copy of the
22 Second Amended Complaint served on Defendants is attached hereto as Exhibit C.
23    4.   Upon the filing of this notice, the Notice of Removal of Action to Federal Court
24 attached hereto as Exhibit D will be promptly filed in the Superior Court of California, County of
25 Alameda.
26    5.   Copies of other process, pleadings, and orders served in the State Court Action
27 are attached hereto:
28       a.   A copy of the Notice of Assignment of Judge for All Purposes, issued on

1 April 1, 2015, is attached as <u>Exhibit E</u>.

2     b.    A copy of the Notice of Case Management Conference and Order, issued
3 on April 2, 2015, is attached as <u>Exhibit F</u>.

4     c.    A copy of Defendants' Answer to First Amended Complaint, filed on June
5 23, 2015, is attached as <u>Exhibit G</u>.

6     d.    A copy of the Stipulated Request to Continue Initial Case Management
7 Conference and Order, filed on July 10, 2015, is attached as <u>Exhibit H</u>.

8     e.    A copy of the Stipulation Regarding Confidential Information; Protective
9 Order Re: Confidential Information, filed on August 14, 2015, is attached as <u>Exhibit I</u>.

10     f.    A copy of the Case Management Conference Order, issued on September
11 8, 2015, is attached as <u>Exhibit J</u>.

12     g.    A copy of Plaintiff's Motion for Leave to File Second Amended
13 Complaint, filed on September 14, 2015, is attached as <u>Exhibit K</u>.

14     h.    A copy of Defendant's Memorandum of Points and Authorities in Support
15 of Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint and
16 supporting documents, filed on October 16, 2015, is attached as <u>Exhibit L</u>.

17     i.    A copy of Plaintiff's Reply in Support of Motion for Leave to File a
18 Second Amended Complaint and supporting declaration, filed on October 22, 2015, is
19 attached as <u>Exhibit M</u>.

20     j.    A copy of the Order Granting Motion to Amend Complaint, issued on
21 October 29, 2015, is attached as <u>Exhibit N</u>.

22 <center>**<u>Jurisdiction</u>**</center>

23     6.    This action is properly removable under 28 U.S.C. § 1441 because this Court has
24 original jurisdiction over the ADEA Claims in this action pursuant to 28 U.S.C. § 1331 in that it
25 the ADEA Claims arise under the laws of the United States, specifically 29 U.S.C. §§ 621, *et*
26 *seq*. This Court has supplemental jurisdiction over the other claims in the Second Amended
27 Complaint pursuant to 28 U.S.C. § 1367 because they form part of the same case or controversy
28 as the ADEA Claims.

**Timeliness of Removal**

7.     This notice of removal is timely in accordance with 28 U.S.C. § 1446(b)(3), because it was filed within 30 days after receipt by Defendants, through service, of the Second Amended Complaint.

**Venue**

8.     Removal venue is appropriate in this District pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 84(a), because the Northern District of California embraces Alameda County, where the State Court Action was pending.

**Intradistrict Assignment**

9.     Pursuant to Civil L.R. 3-2(c) and (d), this action should be assigned to the San Francisco or Oakland division, as the Second Amended Complaint alleges causes of action against Defendant Logitech Inc., which is located in Alameda County.

WHEREFORE, Defendants hereby give notice that this action has been removed, in its entirety, from the Superior Court of California for the County of Alameda to the United States District Court for the Northern District of California, for further proceedings as though it had been originally filed herein.

Date:  November 16, 2015            **KERR & WAGSTAFFE LLP**


By:  _____/s/ Brady R. Dewar_____
   BRADY R. DEWAR

   Attorneys for Defendants
   LOGITECH INC. and LIFESIZE, INC.