UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MACKINNON,

    Plaintiff,

  v.

LOGITECH INC., et al.,

    Defendants.

Case No. 15-cv-05231-TEH

**ORDER DENYING MOTION TO FILE DOCUMENT UNDER SEAL**

On September 12, 2016, Plaintiff Robert MacKinnon filed a motion to file under seal Exhibit F to the Declaration of Matthew J. Wayne in Support of Plaintiff's Motion for Partial Summary Judgment. MacKinnon states that he does not believe any portions of this document, a December 28, 2014 email from Craig Malloy, are sealable. Instead, he filed the motion to seal under Civil Local Rule 79-5(e) because Defendants designated the document as "confidential."

Under these circumstances, Civil Local Rule 79-5(e)(1) requires Defendants to file a declaration "establishing that all of the designated material is sealable." Defendants have not filed any such declaration, and the time to do so has now passed. Accordingly, the motion to file under seal is DENIED. MacKinnon "may file the [unredacted] document in the public record no earlier than 4 days, and no later than 10 days," after the date of this order. Civ. L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: 09/26/16

_____

THELTON E. HENDERSON
United States District Judge