UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MACKINNON,

    Plaintiff,

v.

LOGITECH INC., et al.,

    Defendants.

Case No. 15-cv-05231-TEH

**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL**

With his reply to his motion for summary judgment, Plaintiff Robert MacKinnon filed documents produced under a protective order by Defendants without following the required procedure under Civil Local Rule 79-5(d). Defendants subsequently filed an administrative motion to seal the documents, to which MacKinnon filed no opposition. MacKinnon's summary judgment reply brief does not refer to any of the pages that Defendants seek to redact, and the Court finds no reason for those pages to be part of the public record. Accordingly, Defendants' motion to file under seal is GRANTED. At the Court's direction, the Clerk has already restricted public access to the Declaration of Matthew Wayne (ECF No. 47-1). MacKinnon shall file a redacted version of the declaration, consistent with Defendants' motion to file under seal, no later than **October 25, 2016**.

**IT IS SO ORDERED.**

Dated: 10/18/16

_____
THELTON E. HENDERSON
United States District Judge