UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MACKINNON,

    Plaintiff,

v.

LOGITECH INC., et al.,

    Defendants.

Case No. 15-cv-05231-TEH

**ORDER DENYING DEFENDANTS' MOTION TO FILE UNDER SEAL**

In support of their motion for summary judgment, Defendants seek to file under seal the transcript of a November 11, 2014 company meeting as Exhibit J to the Declaration of Melissa Perry. However, Defendants implicitly acknowledge that the transcript is not sealable in its entirety since they describe some of the meeting's substance in their motion papers. The Court's review also indicates that the transcript is not sealable in its entirety. Accordingly, Defendants' motion is DENIED.[1] Defendants must file an unredacted copy of Exhibit J or a narrowly tailored sealing request by **November 15, 2016**. Defendants may consider filing only those portions of the transcript that are necessary for the Court to rule on the pending motions for summary judgment.

**IT IS SO ORDERED.**

Dated: 11/08/16

                                                  THELTON E. HENDERSON
                                                United States District Judge

---

[1] The Court previously granted Defendants' unopposed motion to file under seal a videorecording of the entire meeting. However, the Court's decision was not based on a conclusion that the meeting was sealable in its entirety. Instead, although it did not say so at the time, the Court concluded that it would be unnecessarily burdensome to require Defendants to redact a videorecording. Redacting a written transcript poses no such burden.